UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KERMIT TY POULSON,<br><br>                Plaintiff,<br><br>vs.<br><br>KENNETH R. PARK,<br><br>                Defendant. | Case No. CV-17-143-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED this case is DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and (iii).

      Dated this 1st day of February, 2018.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ A. Puhrmann
                                  A. Puhrmann, Deputy Clerk